UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 24-01133 |
| ) | |
| Defendant No. 1: APPROXIMATELY $68,736.00 ) | |
| IN UNITED STATES CURRENCY, ) | |
| ) | |
| Defendant No. 2: BEAR CREEK ARSENAL ) | |
| MODEL BCA15, 7.62MM RIFLE, S/N 59248, ) | |
| ) | |
| Defendant No. 3: CENTURY ARMS, MODEL ) | |
| C39V2, 7.62MM RIFLE, S/N C39V2A04747, ) | |
| ) | |
| Defendant No. 4: ANDERSON MFG., MODEL ) | |
| AM-15, .223 CALIBER RIFLE, S/N 21037079, ) | |
| ) | |
| Defendant No. 5: FMK FIREARMS, MODEL ) | |
| AR-1 EXTREME, 7.62MM RIFLE, ) | |
| S/N FMK49289, ) | |
| ) | |
| Defendant No. 6: GLOCK, MODEL 17, ) | |
| 9MM PISTOL, S/N AEZE345, ) | |
| ) | |
| Defendant No. 7: GLOCK, MODEL 27, ) | |
| .40 CALIBER PISTOL, S/N XYP839, ) | |
| ) | |
| Defendant No. 8: SMITH & WESSON, MODEL ) | |
| SD40VE, .40 CALIBER PISTOL, S/N FCX2715, ) | |
| ) | |
| Defendant No. 9: TAURUS, MODEL G3c, ) | |
| 9MM PISTOL, S/N 1KA27138, ) | |
| ) | |
| Defendant No. 10: DPMS, MODEL LR-308, ) | |
| .308 CALIBER RIFLE, S/N 58464, ) | |
| ) | |
| Defendant No. 11: PALMETTO STATE ) | |
| ARMORY, MODEL PA-15, .223 CALIBER ) | |
| RIFLE, S/N SCD105930, ) | |
| ) | |

1

Defendant No. 12: UNKOWN MAKE AND )
MODEL, .22 CALIBER RIFLE, NO SERIAL )
NUMBER, and )
)
Defendant No. 13: ASSORTED AMMUNITION, )
)
                    Defendants. )

## COMPLAINT FOR FORFEITURE IN REM

Plaintiff, United States of America, by and through its attorneys, Kate E. Brubacher, United States Attorney for the District of Kansas, and Scott Anderson, Special Assistant United States Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

### NATURE OF THE ACTION

1. This is an in rem civil action to forfeit and condemn to the use and benefit of the United States of America the above-captioned property (hereinafter "defendants"), for violations of 21 U.S.C. § 841.

### THE DEFENDANTS IN REM

2. The defendants consist of:

   A. approximately $68,736.00 in United States currency, more or less, seized on April 7, 2023;

   B. Bear Creek Arsenal, Model BCA15, Multi (7.62x39mm) caliber rifle with serial number 59248;

   C. Century Arms, Model C39V2, 7.62x39mm caliber rifle with serial number C39V2A04747;

   D. Anderson Mfg., Model AM-15, Multi (.223 Wylde) caliber rifle with serial number 21037079;

   E. FMK Firearms, Model AR-1 Extreme, Multi (7.62x39mm) caliber Short Barrel Rifle (SBR) with serial number FMK49289;

 F. Glock, Model 17, 9mm caliber pistol with serial number AEZE345;

 G. Glock, Model 27 (Gen 4), .40 caliber pistol with serial number XYP839;

 H. Smith & Wesson, Model SD40VE, .40 caliber pistol with serial number FCX2715;

 I. Taurus, Model G3c, 9mm caliber pistol with serial number 1KA27138;

 J. DPMS, Model LR-308, .308 caliber rifle with serial number 58464;

 K. Palmetto State Armory, Model PA-15, .223 caliber rifle with serial number SCD105930;

 L. Unknown Make and Model, .22 Caliber Rifle with no serial number seized from 6000 S. Hydraulic, Wichita, Kansas on April 7, 2023; and

 M. Assorted ammunition.

3. The defendants were seized by the Wichita Police Department during a search of 6000 S. Hydraulic Ave., Wichita, Sedgwick County, Kansas conducted pursuant to a state issued search warrant.

## JURISDICTION AND VENUE

4. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the defendants. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355.

5. This Court has *in rem* jurisdiction over the defendants under 28 U.S.C. 1355(b). Upon filing this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

6. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district and/or pursuant to 28 U.S.C. § 1395, because the defendants are located in this district.

## BASIS FOR FORFEITURE

7. Defendant 1 is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) because it constitutes: 1) money, negotiable instruments, securities and other things of value furnished or intended to be furnished in exchange for a controlled substance in violation of the Controlled Substances Act; and/or 2) proceeds traceable to such an exchange; and/or 3) money, negotiable instruments, and securities used or intended to be used to facilitate a violation of the Controlled Substances Act.

8. Defendants 2 through 13 are subject to forfeiture pursuant to 21 U.S.C. § 881(a)(11) as they were intended to be used to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances.

9. Defendants 2 through 13 are also subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) as they were involved in or used in a violation of the Controlled Substances Act or were intended to be used in a violation of the Controlled Substances Act.

10. Defendants 2 through 13 are also subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) as they were involved in or used in a violation of 18 U.S.C. § 922(g)(1).

11. Supplemental Rule G(2)(f) requires this complaint to state *sufficiently detailed facts to support a reasonable belief that the government will be able to meet its burden of proof at trial*. Such facts and circumstances supporting the seizure and forfeiture of the defendants are contained in Exhibit A, which is attached hereto and incorporated by reference.

## CLAIM FOR RELIEF

WHEREFORE, the plaintiff requests that the Court issue a warrant for the arrest of the defendants; that notice of this action be given to all persons who reasonably appear to be potential claimants of interests in the properties; that the defendants be forfeited and condemned to the United States of America; that the plaintiff be awarded its costs and disbursements in this action; and for such other and further relief as this Court deems proper and just.

The United States hereby requests that trial of the above-entitled matter be held in the City of Wichita, Kansas.

Respectfully submitted,

KATE E. BRUBACHER
United States Attorney

_____
SCOTT L. ANDERSON
Special Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: scott.anderson2@usdoj.gov
Ks. S. Ct. No. 26095

## DECLARATION

I, Travis Coleman, Special Agent, Federal Bureau of Investigation in the District of Kansas have read the contents of the foregoing Complaint for Forfeiture, and the exhibit thereto, and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 5th day of August, 2024.

Travis Coleman, Special Agent
FBI